BANKERS TRUST COMPANY OF CALIFORNIA, N.A. *v.* HERMAN VANECK

The defendant's petition for certification for appeal from the Appellate Court, 95 Conn. App. 390 (AC 26570), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Patrick W. Boatman,* in support of the petition.

*Peter A. Ventre,* in opposition.

Decided June 29, 2006

STATE OF CONNECTICUT *v.* MARCELINO LASALLE, JR.

The defendant's petition for certification for appeal from the Appellate Court, 95 Conn. App. 263 (AC 26650), is denied.

*Elizabeth M. Inkster,* senior assistant public defender, in support of the petition.

*Lawrence J. Tytla,* senior assistant state's attorney, in opposition.

Decided June 29, 2006